IAN M. SAMMIS
Attorney at Law
Cal. State Bar #45883
1108 Tamalpais Avenue #1
San Rafael, CA 94901
Tel.: 415-457-4200

Attorney and Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CASSANDRA J. BRIER, | ) |
| Plaintiffs, | ) CIVIL No.: C-06-07373 SBA |
| vs. | ) STIPULATION AND ORDER |
| MICHAEL J. ASTRUE[1], | ) |
| Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Plaintiff has an extension of 30 days after entry of this Order to file her motions in this case.

    IT IS SO STIPULATED:

///

///

---

[1] Michael J. Astrue became the Commissioner of Social Security on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should, therefore, be substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit. No Further Action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

BRIER, STIP.Ext of Time
C 06-07373 SBA

Dated: April 3, 2007

Signed /Ian M. Sammis/
_____
IAN M. SAMMIS
Attorney for Plaintiff

Dated: April 3, 2007

___Signed /Nancy Lisewski/_____
NANCY LISEWSKI
Attorney for the Commissioner

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April   9  , 2006

*Saundra B Armstrong*
_____
SAUNDRA B. ARMSTRONG
United States District Judge

BRIER, STIP.Ext of Time
C 06-07373 SBA

1  Dated: April 3, 2007

3  Signed /Ian M. Sammis/

4  IAN M. SAMMIS
5  Attorney for Plaintiff

7  Dated: April 3, 2007

8  ___Signed /Nancy Lisewski/ _
9  NANCY LISEWSKI
   Attorney for the Commissioner

12              ORDER

14  PURSUANT TO STIPULATION, IT IS SO ORDERED.

15  Dated: April       , 2006

18  SAUNDRA B. ARMSTRONG
19  United States District Judge

BRIER, STIP. Ext of Time
C 06-07373 SBA

TOTAL P.01